UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:00-cr-00058-HDM-RAM-1 |
| Plaintiff, | 3:06-cv-0368-HDM |
| vs. | ORDER |
| HUMBERTO MAGANA-ARIAS, | |
| Defendant/Petitioner. | |

Defendant, Humberto Magana-Arias, appealed this action. On March 5, 2010, the Ninth Circuit Court of Appeals vacated this court's judgment dismissing the defendant's successive § 2255 motion on the merits. The Court of Appeals remanded the case with instructions to dismiss the defendant's § 2255 motion for lack of jurisdiction. The Court of Appeals' mandate was issued on June 21, 2010. Accordingly, the defendant's § 2255 motion is DISMISSED for lack of jurisdiction.

It is so ORDERED.

Dated this 28th day of June, 2010.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE