**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:00-cr-00058-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| HUMBERTO MAGANA ARIAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, have filed a motion to withdraw (#269) as defendant's counsel of record. The court received and reviewed the reduction of sentence report on defendant prepared by probation. The report concludes defendant is ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), Amendment 782, and pursuant to U.S.S.G. § 1B1.10, effective November 1, 2014, as he was sentenced to the statutory minimum sentence and in accord with 21 U.S.C. § 851(a)(1).

    The court appointed defendant counsel to determine whether he qualifies for a reduction of sentence. Based upon probation's report, counsel does not intend to file a motion for a reduction.

1  The court will therefore grant the motion to withdraw.

2      Before being granted counsel, defendant filed a letter (#267)
3  the court deemed to be a motion seeking Discretionary Relief
4  pursuant to 18 U.S.C. § 3582(c)(2). The court does not find a
5  response from the United States Attorney's office is necessary for
6  a ruling on defendant's motion. The defendant was sentenced to the
7  statutory minimum sentence available and is therefore not entitled
8  to a reduction.

9      Accordingly, defendant's motion to withdraw (#269) is **GRANTED.**

10      Furthermore, defendant's motion seeking Discretionary Relief
11  pursuant to 18 U.S.C. § 3582(c)(2) (#267) is **DENIED.**

12      IT IS SO ORDERED.

13      DATED: This 18th day of March, 2015.

15  _____
16      UNITED STATES DISTRICT JUDGE