**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:00-cr-00058-HDM-RAM-1 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| HUMBERTO MAGANA ARIAS, | ) | |
| Defendant. | ) | |

The relief sought in Defendant's motion (#282) to review his good time credit is a matter that must be resolved by the Bureau of Prisons. Accordingly, defendant's motion (#282) is **DENIED.**

IT IS SO ORDERED.

DATED: This 13th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE