**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:00-cr-00058-HDM-RAM |
| | ) | 3:00-cr-00109-HDM-RAM |
| Plaintiff, | ) | |
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| HUMBERTO MAGANA ARIAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 3, 2016, defendant requested that he be permitted to withdraw his letter dated June 10, 2016 (ECF No. 286 in Case No. 3:00-cr-00058; ECF No. 54 in Case No. 3:00-cr-00109). The court grant's the defendant's request.

IT IS SO ORDERED.

DATED: This 21st day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE

1